In the Matter of the Appointment of a Committee of the Estate of YVETTE OPPENHEIM, an Alleged Incompetent Person. HARRY RAKOFF, Appellant; FRED M. AHERN, as Committee, Dr. GEORGE W. MILLS, as Superintendent of Brooklyn State Hospital, and DAVID OPPENHEIM, Respondents.— Order appointing a stranger as committee of an incompetent person in a case where the relatives appear to have interests adverse to the incompetent affirmed, with ten dollars costs and disbursements to the committee, and disbursements to the petitioner, the superintendent of the Brooklyn State Hospital, payable out of the estate. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.